**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. ROBLES, JR., | ) | CASE NO. CV 10-04293 VBF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| T.E. BUSBE, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RICHARD A. ROBLES, JR., for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 14, 2011

*[signature]*

PERCY ANDERSON FOR
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE